IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

      Plaintiff,   No. CIV S-04-2520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER,

      Defendant.   <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 13, 2005, this court issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to file a second amended complaint. On April 18, 2005, plaintiff filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of February 1, 2005. Good cause appearing, the request will be granted. However, the April 13, 2005 findings and recommendations will be held in abeyance. If plaintiff fails to timely file his second amended complaint, the findings and recommendations will be forwarded to the district court for consideration.

/////

/////

1

1  IT IS HEREBY ORDERED that:

2  1. Plaintiff's April 18, 2005 request for an extension of time is granted; and

3  2. Plaintiff shall file a second amended complaint on or before May 31, 2005.

4  DATED: April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/001
jenk2520.ext