IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

    Plaintiff,                     No. CIV S-04-2520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendant.                   <u>ORDER</u>

/

        Plaintiff has filed his fourth request for an extension of time to file a second amended complaint pursuant to the court's order of February 1, 2005.  In this court's order of May 11, 2005, plaintiff was advised that no further extensions of time would be granted and was reminded that this court's April 13, 2005 findings and recommendations had been held in abeyance pending receipt of his second amended complaint.  Good cause appearing, the fourth request for extension of time will be denied, and the findings and recommendations will be forwarded to the district court for consideration.

        IT IS HEREBY ORDERED that plaintiff's May 13, 2005 request for an extension of time is denied.

DATED:  June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf; jenk2520.36b