1

2

3

4

5

6

7

8

9                             IN THE UNITED STATES DISTRICT COURT

10                          FOR THE EASTERN DISTRICT OF CALIFORNIA

11     CHRISTOPHER LEE JENKINS,

12                   Plaintiff,                          No. CIV S-04-2520 LKK JFM P

13            vs.

14     ARNOLD SCHWARZENEGGER,

15                   Defendant.                          <u>ORDER</u>

16     _____/

17            On June 2, 2005, the undersigned issued an order denying plaintiff's May 13,

18     2005 request for an extension of time to file a second amended complaint.  On August 1, 2005,

19     plaintiff filed a request for reconsideration of that order.  Plaintiff asks the court to reconsider his

20     amended complaint before forwarding the matter to the district court for consideration of this

21     court's April 13, 2005 findings and recommendations.

22            However, the April 13, 2005 findings and recommendations were vacated by this

23     court's July 28, 2005 order, and the court reviewed plaintiff's June 6, 2005 amended complaint.

24     Thus, plaintiff's August 1, 2005 objections were rendered moot by the July 28, 2005 order.

25     /////

26     /////

                                            1

1           Accordingly, IT IS HEREBY ORDERED that plaintiff's August 1, 2005 request

2    for reconsideration is denied as moot.

3    DATED:  August 25, 2005.

4

5                                  UNITED STATES MAGISTRATE JUDGE

6

7    /jenk2520.den

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26