IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

       Plaintiff,                    No. CIV S-04-2520 LKK JFM P

      vs.

ARNOLD SCHWARZENEGGER,

       Defendant.               ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the July 28, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 22, 2006 request for an extension of time is granted; and

      2. Plaintiff shall file his objections to the July 28, 2005 findings and recommendations on or before April 27, 2006.

DATED: April 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001
jenk2520.36(2)