IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

     Plaintiff,                    No. CIV S-04-2520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,

     Defendant.                ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file objections to the July 28, 2005 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 15, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted until June 14, 2006 in which to file objections to the July 28, 2005 findings and recommendations. No further extensions of time will be granted.

DATED: May 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp:001; jenk2520.36sec