IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

       Plaintiff,                    No. CIV S-04-2520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,

       Defendants.             <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On July 28, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. By order filed March 9, 2006, the district court granted plaintiff an additional twenty days to file objections. On April 7, 2006, plaintiff was granted a second extension of time to file objections on or before April 27, 2006. That date has now passed and plaintiff has not filed objections to the findings and recommendations.

/////

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed July 28, 2005, are adopted in full; and
5      2. Plaintiff's June 6, 2005 amended complaint is dismissed for failure to state a
6  claim.
7  DATED: June 22, 2006.

                                          UNITED STATES DISTRICT JUDGE

/jenk2520.800b