IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

    Plaintiff,                       No. CIV S-04-2520 LKK JFM P

    vs.

ARNOLD SCHWARZENNEGGER,

    Defendant.                   <u>ORDER</u>

_____/

       On July 10, 2006, plaintiff filed a motion for reconsideration of the dismissal of his action, claiming he mailed objections to the July 28, 2005 findings and recommendations on June 11, 2006, but they were not considered by the district court in its June 22, 2006 order adopting the findings and recommendations. However, court records do not reflect a filing of objections by plaintiff and plaintiff did not provide a copy of the objections he allegedly mailed on June 11, 2006.

       Good cause appearing, plaintiff will be ordered to provide the court with a copy of the objections he mailed on June 11, 2006. Upon receipt of those objections the court will address plaintiff's motion for reconsideration. No extensions of time will be granted.

/////

/////

1

1    IT IS HEREBY ORDERED that within fifteen days from the date of this order,
2 plaintiff shall file a copy of the objections he mailed on June 11, 2006.
3 DATED: July 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; jenk2520.fb