UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| CHRISTOPHER LEE JENKINS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>Defendant - Appellee. | No. 06-17106<br>D.C. No. CV-04-02520-LKK/JFM<br><br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: For the reasons set forth in the July 28, 2005 Findings & Recommendations

_____
Judge
United States District Court

Date: 12/21/06